**STATE of Missouri, Respondent,**

v.

**David R. HARRISON, Appellant.**

**WD 76661**

Missouri Court of Appeals,
Western District.

ORDER FILED: November 12, 2014

Motion for Rehearing and/or Transfer to Supreme Court Denied
December 23, 2014

Application for Transfer Denied
February 24, 2015

Chris Koster, Attorney General, Evan J. Buchheim, Assistant Attorney General, Jefferson City, MO, Attorneys for Respondent,

William E. Shull, Liberty, MO, Attorney for Appellant.

Before Division Three: Karen King Mitchell, Presiding Judge, Alok Ahuja, Chief Judge, and Gary D. Witt, Judge

### Order

Per Curiam:

David Harrison challenges his conviction for statutory sodomy. Harrison sets forth three points of error in his appeal. Finding no error, we affirm. Rule 30.25(b).